# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|  | : |
|  | : BANKRUPTCY NO. 21-10899-ELF |
| **JOHNNETT LOGUIDICE,** | : |
|  | : |
| Debtor. | : |
|  | : |

## ORDER LIFTING AUTOMATIC STAY

AND NOW, on this _____ day of _____, 2021 upon consideration of the Motion of Prudential Bank f/k/a Prudential Savings Bank (the "Bank"), for Relief from the Automatic Stay pursuant to 11 U.S.C. §362 (the "Motion") and after notice thereof, and an opportunity to be heard, and cause therefore having been shown, it is hereby,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the automatic stay in the within bankruptcy proceeding is hereby lifted pursuant to 11 U.S.C. §362(d)(4) to permit the Bank to proceed to exercise any and all *in rem* rights it may have under any and all applicable laws with respect to 5819 Ellsworth Street, Philadelphia, PA 19143, Parcel/OPA Number 03-3-1310-00 (the "Property"); and it is further

ORDERED that the Bank is hereby authorized to record a copy of this Order in compliance with applicable State laws governing notices of interests or liens in real property and if so recorded, this Order shall be binding in any other case under any other chapter of the Bankruptcy Code purporting to affect the Property filed not later than two (2) years after the date of the entry of this Order; and it is further

ORDERED that any Federal, State, or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording; and it is further

4828-5462-8329.v1-6/14/21

ORDERED that the fourteen (14) day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

BY THE COURT:

_____
Honorable Eric L. Frank
United States Bankruptcy Judge

Copies to:  See Attached Service List

**Service List**

Johnnett Loguidice
5819 Ellsworth Street
Philadelphia, PA 19143
*Debtor*

Michael T. Malarick, Esquire
Michael T. Malarick, Esq. PC
2211 Chichester Ave. Suite 201−B
Boothwyn, PA 19061
michael@malaricklaw.com
*Debtor's Attorney*

William C. Miller, Esquire
Office of the U.S. Trustee
P.O. Box 1229
Philadelphia, PA 19105
bncnotice@ph13trustee.com
*Chapter 13 Trustee*

City of Philadelphia
City of Philadelphia Law Dept.
Tax Unit/Bankruptcy Dept
1515 Arch Street 15th Floor
Philadelphia, PA 19102-1595

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

U.S. Attorney Office
c/o Virginia Powel, Esquire
615 Chestnut Street, Room 1250
Philadelphia, PA 19106-4404

United States Trustee
Office of United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2908

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Bank of America
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Citadel FCU
Attn: Bankruptcy
520 Eagleview Blvd
Exton, PA 19341-1119

Department Store National Bank/Macy's
Po Box 8218
Mason, OH 45040

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

4828-5462-8329.v1-6/14/21

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Seventh Ave
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566-1364

Target, c/o Financial & Retail Services
Mailstop BT
PO Box 9475
Minneapolis, MN 55440-9475

4828-5462-8329.v1-6/14/21