IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| | : | **BANKRUPTCY NO. 21-10899-ELF** |
| **JOHNNETT LOGUIDICE,** | : | |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER

AND NOW, on this  10th  day of  August , 2021 upon consideration of the Prudential Bank f/k/a Prudential Savings Bank (the "Bank"), for Relief from the Automatic Stay pursuant to 11 U.S.C. §362 (the "Motion") and after notice thereof, and after a hearing, and for the reasons stated in court, it is hereby,

**ORDERED** that the Motion is **GRANTED**; and it is further

ORDERED that the automatic stay in the within bankruptcy proceeding is hereby lifted pursuant to 11 U.S.C. §362(d)(1) to permit the Bank to proceed to exercise any and all *in rem* rights it has under any and all applicable laws with respect to 5819 Ellsworth Street, Philadelphia, PA 19143, Parcel/OPA Number 03-3-1310-00; and it is further

**ORDERED** that the fourteen (14) day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**